# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 14-1478

———————————————

Dale E. Bryant

*Plaintiff - Appellant*

v.

Ray Hobbs, Director, Arkansas Department of Correction; Wendy Kelley, Deputy Director, Arkansas Department of Correction; Nwannem Obi-Okoye, Dr., Diagnostic Unit, ADC; Debra Clyde, Dr., Diagnostic Unit, ADC; Aric Simmons, Nurse, Ouachita Regional Unit, ADC; Roland Anderson; Roslyn Summerville, Diagnostic Unit, ADC; Wannetta Clowers, Ms., Diagnostic Unit, ADC; Corizon Medical Services, Formerly CMS; Michael Person, Dr., Arkansas Department of Correction; Sabainah Awopetu, Nurse, Arkansas Department of Correction; Juanita Stell, Health Services Administrator, Ouachita River Unit

*Defendants - Appellees*

————————

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

————————

Submitted: October 23, 2014
Filed: October 28, 2014
[Unpublished]

————————

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

————————

PER CURIAM.

Arkansas inmate Dale Bryant appeals the district court's[1] adverse grant of summary judgment on his 42 U.S.C. § 1983 claims. Having carefully reviewed the record and considered Bryant's arguments, we find no basis for reversal. See Mack v. Dillon, 594 F.3d 620, 622 (8th Cir. 2010) (per curiam) (grant of summary judgment reviewed de novo). Construing Bryant's notice of appeal liberally, see Hallquist v. United Home Loans, Inc., 715 F.3d 1040, 1044 (8th Cir. 2013), we also conclude that the district court did not err in its earlier dismissals of defendants Ray Hobbs, Wendy Kelley, Michael Person, and Roland Anderson, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (preservice dismissal reviewed de novo); Edwards v. Edwards, 754 F.2d 298, 299 (8th Cir. 1985) (per curiam) (dismissal for failure to serve reviewed for abuse of discretion); or its denial of Bryant's motions for appointment of counsel and to compel production of documents, see Phillips v. Jasper County Jail, 437 F.3d 791, 794 (8th Cir. 2006) (denial of appointment of counsel reviewed for abuse of discretion); Stuart v. Gen. Motors Corp., 217 F.3d 621, 630 (8th Cir. 2000) (denial of motion to compel reviewed for gross abuse of discretion).

The judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

-2-